### EZRA YOUNGLOVE *versus* CHARLES ROULEAU

. . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1818): *Journal 2:* (1) Objection to decree of register filed *p. 597.
PAPERS IN FILE: [None]

### JOSIAH BELLOWS AND DAVID STONE, SURVIVING PARTNERS OF RICHARD H. JONES, DECEASED, *versus* JACOB SMITH

JOURNAL ENTRIES (1818–19): *Journal 2:* (1) Continued *p. 599; (2) plea of non assumpsit *p. 693; (3) special plea, demurrer *p. 718; (4) referred *p. 720. *Journal 3:* (5) Award opened and filed *p. 36; (6) judgment *p. 38; (7) payment to referees ordered *p. 38.
PAPERS IN FILE: (1) Deposition of Pierre Matura DeParrinto; (2–3) subpoenas; (4) precipe for subpoena; (5) subpoena; (6) precipe for subpoena; (7) subpoena; (8) affidavit of Shubael Conant; (9) precipe for subpoena; (10) subpoena; (11) precipe for subpoena; (12–13) subpoenas; (14) draft of agreement to refer; (15) rule of reference; (16) envelope of award; (17) precipe for fi. fa.; (18) precipe for alias fi. fa.; (19) alias fi. fa. and return; (20) precipe for fi. fa.; (21) bill of costs; (22) statement of account. *Office Docket*, MS p. 50, c. 3.

### JAMES McMANUS *versus* SAMUEL CHOATE

. . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1818): *Journal 2:* (1) Continued *p. 599.
PAPERS IN FILE: [None]